## DAVIS BROS. & BURKE *et al.* v. SANDERS.

### No. 762.   Opinion Filed July 12, 1910.

#### (110 Pac. 784.)

**RAILROADS—Injuries to Stock—Fences.** Syllabus same as syllabus to case of Davis Bros. & Burke et al. v. Le Flore, infra, 110 Pac. 782.

(Syllabus by the Court.)

*Error from Atoka County Court; J. H. Linebaugh, Judge.*

Action by B. B. Sanders against Davis Bros. & Burke and others. From a judgment for plaintiff, defendants bring error. Reversed and remanded, with instructions.

*Clifford L. Jackson* and *W. R. Allen,* for plaintiffs in error. *D. H. Linebaugh,* for defendant in error.

DUNN, C. J.   The facts, issues, trial, and judgment in this case are in all respects identical with those involved in the case of *Davis Bros. & Burke et al. v. Le Flore, infra,* 110 Pac. 782, and the holding of the court and judgment rendered herein are the same as in that case. The judgment of the trial court is accordingly reversed, and the case remanded, with instructions to set aside the judgment heretofore rendered and dismiss the action.

TURNER, KANE, and HAYES, JJ, concur; WILLIAMS, J., concurs in the conclusion.